# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2536 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 189 DB 2018 |
| | : | |
| v. | : | Attorney Registration No. 27561 |
| | : | |
| CARL J. GRECO, | : | (Lackawanna County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 31st day of October, 2018, upon consideration of the Verified Statement of Resignation, Carl J. Greco is disbarred on consent from the Bar of this Commonwealth, *see* Pa.R.D.E. 215, and he shall comply with the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).